**Order filed September 13, 2012**



In The

# Fourteenth Court of Appeals

## NO. 14-11-00499-CV

_____

## IN THE MATTER OF THE MARRIAGE OF CHRISTY HOOVER AND JIMMY O. BAILEY, Appellant

**On Appeal from the 253rd District Court
Chambers County, Texas
Trial Court Cause No. CV25449**

## ORDER

This court has determined, pursuant to Texas Rule of Appellate Procedure 34.5(f) and 34.6(g)(2), that it must inspect the original of **All pleadings on which the trial was held. Tex. R. App. P 34.5(a)(1).**

The clerk of the 253rd District Court is directed to deliver to the Clerk of this court the original of All pleadings on which the trial was held. Tex. R. App. P 34.5(a)(1), on or before **September 21, 2012.** The Clerk of this court is directed to receive, maintain, and keep safe this original exhibit; to deliver it to the justices of this court for their inspection; and, upon completion of inspection, to return the original of All pleadings on which the trial was held. Tex. R. App. P 34.5(a)(1), to the clerk of the 253rd District Court.

PER CURIAM